UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-417-D

| | | |
|---|---|---|
| ABIGAIL RATCHFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GIST & HENDRIX, LLC, d/b/a | ) | |
| Secrets Cabaret, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has reviewed the record and governing law and DENIES defendants' motion to dismiss [D.E. 39]. Whether plaintiffs' claims will survive defendants' inevitable motion for summary judgment is an issue for another day.

SO ORDERED. This 14 day of June, 2022.

JAMES C. DEVER III
United States District Judge