IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:21-cv-00417-D

ABIGAIL RATCHFORD, et. al.

Plaintiffs,

v.

GIST & HENDRIX, INC., et al.,

Defendants.

**ORDER**

The Court having considered Plaintiffs' Motion to Stay, Dkt. 75, and for good cause shown,

IT IS HEREBY ORDERED that this action be stayed for 60 days.

SO ORDERED. This the **31** day of ~~November~~ October, 2023.

JAMES C. DEVER III
United States District Judge